UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **MONIQUE SARGENT,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**NORDX,** )<br>)<br>Defendant. ) | **Case No. 2:20-cv-00467-JAW** |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate, by and through undersigned counsel, that all claims asserted against Defendant are dismissed with prejudice and without attorney's fees or costs to either party.

Dated: November 30, 2023

*/s/ Katharine I. Rand*                              */s/ Laura H. White*
_____                      _____
Katharine I. Rand, Esq.                              Laura H. White, Esq. Bar No. 4025
*Attorney for Defendant NorDx*                *Attorney for Plaintiff*
Pierce Atwood LLP                                    WHITE & QUINLAN, LLC
Merrill's Wharf                                          62 Portland Road, Suite 21
254 Commercial Street                             Kennebunk, Maine 04043
Portland, Maine 04101                              (207) 502-7484
(207) 791-1100                                          lwhite@whiteandquinlan.com
krand@pierceatwood.com

1

## CERTIFICATE OF SERVICE

     I, Laura H. White, hereby certify that on this 30th day of November, 2023, I served the foregoing Stipulation of Dismissal with the Court's CM/ECF system, which automatically sends notification to all counsel of record.

Dated: November 30, 2023

    */s/ Laura H. White*
    _____
    Laura H. White, Esq. Bar No. 4025
    *Attorney for Plaintiff*
    WHITE & QUINLAN, LLC
    62 Portland Road, Suite 21
    Kennebunk, Maine 04043
    (207) 502-7484
    lwhite@whiteandquinlan.com